# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157997

ALAN BROWN,
      Plaintiff-Appellee,

v

SC: 157997
COA: 341325
Oakland CC: 2017-851420-DP

JESSICA JEAN ROSS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 11, 2018 order of the Court of Appeals is considered and, it appearing to this Court that the case of *In re MGR, Minor* (Docket Nos. 157821-2) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2018

Clerk

s1002